UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH S. LAMAS; SVCV, Inc.,

Plaintiffs,

-against-

ASHLEY ZHENG; REDDIT, INC.; DOES 1-10,

Defendants.

1:26-CV-5475 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 8, 2026, Plaintiff Erich S. Lamas, who appears *pro se*,[1] filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 12.) This action is therefore dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.[2]

Accordingly, the Court denies all pending motions and requests. The Court directs the Clerk of Court to therefore terminate ECF 5, 6, and 11, and to close this action.

[1] The Court understands this action as brought solely by *pro se* Plaintiff Erich S. Lamas, who does not allege that he is an attorney. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993) (courts generally do not allow corporations, partnerships, associations, and other artificial entities to appear in court without an attorney).

[2] A voluntary dismissal under this rule is usually without prejudice. Fed. R. Civ. P. 41(a)(1)(B). "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." *Id.*

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge